**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**CARLOS MURICIO LOVO TORRES,**

      **Petitioner,**

**v.**                                                            **Case No. 2:26cv245**

**LUIS ROSA, JR.,** *et al.*

      **Respondents.**

## <u>FINAL ORDER</u>

Before the Court is a Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241, ECF No. 1, and a Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 2.  In his Petition, the Petitioner seeks his immediate release from ICE custody, a reasonable fear interview with respect to any claim of fear of removal, time to prepare for such an interview, an injunction against Respondents' revocation of Petitioner's Order of Supervision without following the mandatory regulatory process, and an injunction against Respondents from rearresting Petitioner unless he has committed a new violation of law or removing him to a third country where he has fear of persecution or torture.  *Id.* at 12–13.  In his Motion for Temporary Restraining Order and Preliminary Injunction, Petitioner seeks injunctive relief that substantially overlaps with the relief requested in the Petition.  ECF No. 2 at 3–4.  On March 27, 2026, the Respondents filed an opposition to the petition.  ECF No. 14.  The Petitioner filed a reply on April 9, 2026.  ECF No. 18.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate

Judges.  In a Report and Recommendation ("R&R"), entered on May 29, 2026, the Magistrate Judge recommended granting the Petition to the extent the Petitioner seeks a new reasonable fear interview with access to counsel and Immigration Judge review of any negative fear determination, but denying the Petition to the extent the Petitioner seeks injunctive relief and an initial reasonable fear interview, having previously received such an interview.  ECF No. 38.  The Magistrate Judge also recommended Petitioner's immediate release from custody and that his Order of Supervision be restored immediately, with any future revocation to be done only in compliance with the applicable mandatory regulatory procedures.  *Id.*  The parties were advised of their right to file written objections to the R&R.  Neither the Petitioner nor the Respondents filed an objection with the Court.

Having reviewed the R&R and having considered the record and the R&R and finding no error, it is hereby **ORDERED** that:

The R&R, ECF No. 38, is **ADOPTED** as the opinion of this Court;[1]

The Petition, ECF No. 1, is **GRANTED IN PART**, and **DENIED IN PART**;

The Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 2, is **DISMISSED** as moot;

The Petitioner shall be **RELEASED** from custody immediately;

The Petitioner's Order of Supervision shall be **RESTORED** immediately, not to be revoked unless done so in compliance with 8 C.F.R. § 241.4; and

The Respondents are **ENJOINED** from removing Petitioner from this judicial district and the United States unless and until: (1) he has received a new reasonable fear interview

---

[1] On June 11, 2026, Respondents objected to the Magistrate Judge's May 28, 2026 Order (ECF No. 37) "to the extent it requires the identification, by name, of individual USCIS Asylum Officers." Obj., ECF No. 40. The Court construes this filing as an appeal of the Magistrate Judge's sealing determination and will address the appeal by separate order.

accompanied by his attorney; (2) in the event of another negative fear determination, he has first received review by an Immigration Judge should he request it, pursuant to 8 C.F.R. § 208.31(g); and (3) all other requirements of 8 C.F.R. § 208.31(g) have been satisfied.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

It is so **ORDERED**.

_____
Arenda L. Wright Allen
Senior United States District Judge

Norfolk, Virginia
June 25, 2026

3